THE BROADWAY SAVINGS INSTITUTION of the City of New York, Appellant, *v.* THE TOWN OF PELHAM, of Westchester County, Respondent.

COSTS. Where leave to withdraw an appeal is granted "upon payment of all costs before notice of argument," the costs referred to mean those in the Court of Appeals.

(Argued January 6, 1896; decided January 14, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made at the December term, 1894, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and granted a new trial. (See 83 Hun, 96.)

The action was brought to recover the amount of eight certificates of indebtedness of the town of Pelham, purporting to have been issued in accordance with the provisions of chapter 193, Laws of 1877.

On December 10, 1895, a motion to withdraw the appeal

was granted "upon payment of all costs before notice of argument."

Thereupon the respondent moved to amend the decision and remittitur so as to read "upon payment by the appellant of all costs of this action in all courts incurred before the notice of argument in this court."

*William L. Snyder* for motion.

*Kelly & Macrae* opposed.

Motion denied, without costs.

*Held*, costs referred to in decision mean costs in this court. (*In re Water Commissioners of Amsterdam*, 104 N. Y. 677.)